UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-271-CAS<br>CR08-57(B)-CAS | Date | June 2, 2015 |
|---|---|---|---|
| Title | *UNITED STATES OF AMERICA v. CARL STEPHEN TISTHAMMER* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - MOTION FOR INVESTIGATION AND/OR PROSECUTION OF PROSECUTORIAL MISCONDUCT AND CRIMINAL ACTS (Filed 05/18/15)[51][547]

The Court is in receipt of the above-referenced motion. The Court sets the following briefing:

Oppositions shall be filed on or before July 2, 2015; and
Replies shall be filed on or before August 3, 2015.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |